Jon K. Renge, SBN: 188529
2100 Tulare Street, Suite 406
Fresno, CA 93721
Telephone: (559) 444-0300
Fax: (559) 268-2334

Attorney for JOHN WHITLOCK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN WHITLOCK,<br><br>    Defendant. | **CASE NOS:** 6:09-MJ-00097<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON**<br><br>Date: June 2, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. William M. Wunderlich |

    Pursuant to F.R. Crim. P. 43(b)(2) and (3), Defendant hereby waives his/her right to be personally present in open court upon the hearing of any proceeding in this case, including, but not limited to status conferences, motions hearings, change of plea, trial and/or sentencing.

    Defendant hereby requests that this Court proceed in his/her absence on every occasion that the Court may permit, permit, pursuant to this waiver.  He/she agrees that his/her interests shall be represented at all times by the presence of his/her attorney, the same as if Defendant were personally present.

1
2    Dated:    5/27/09                                    /s/   John Whitlock
3                                                         Defendant
                                                          JOHN WHITLOCK
4
5
6    Dated:    6/01/09                                    /s/   Jon Renge
                                                          JON RENGE
7                                                         Attorney for Defendant
8
9
10
11        IT IS SO ORDERED.
12   **Dated:   July 20, 2009**                           **/s/ Donald A. Scheer**
                                                          UNITED STATES MAGISTRATE JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28